IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| BRITTANY FERGUSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>*Plaintiff*,<br><br>v.<br><br>L'OREAL U.S.A., INC., MAYBELLINE, LLC, and NYX LOS ANGELES, INC.,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 21-CV-03175-SEM-TSH<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION TO STAY**

Plaintiff Brittany Ferguson, and Defendants L'Oreal U.S.A., Inc., Maybelline, LLC, and NYX Los Angeles, Inc., by and through her undersigned attorneys, move the Court for a further stay to investigate the underlying technology at issue. In support of this motion, the Parties state as follows:

1. On June 17, 2021, Plaintiff filed a putative Class Action Complaint alleging violations of the Biometric Information Privacy Act, 740 ILCS 14/1, *et seq.* in the Circuit Court of Sangamon County, Illinois.

2. Plaintiff served Defendant with the Summons and Complaint on June 28, 2021 and shortly thereafter Defendant removed the matter to this court pursuant to the Class Action Fairness Act, as codified at 28 U.S.C. §§ 1332, 1441, and 1446.

3. On September 20, 2021, Defendant filed a Motion to Dismiss and on October 7, 2021 the Parties filed a Joint Motion to Stay, which was granted on the same day.

4. On October 28, 2021 the Parties filed a second Joint Motion to Stay as well as a motion for a protective order.

5. The protective order was entered on October 29, 2021.

6. In January 2022, Defendant provided Plaintiff's counsel technical information regarding the operations and technical specifications of the technology at issue pursuant to the protective order.

7. Plaintiff's counsel are reviewing said information and request more time.

8. The Parties request a second stay to allow for the voluntary exchange of information regarding the underlying technology used by Defendants.

**WHEREFORE**, the Parties Request that the Court grant this Motion stay the matter until February 28, 2022.

Dated: January 28, 2022

Respectfully submitted,

By: /s/ *Brandon M. Wise*
Brandon M. Wise – #6319580
Paul A. Lesko - #6288806
Adam Florek - #6320615
**PEIFFER WOLF CARR KANE & CONWAY, LLP**
818 Lafayette Ave., Floor 2
St. Louis, Missouri 63104
314.833.4825
bwise@peifferwolf.com
plesko@peifferwolf.com
aflorek@peifferwolf.com

Aaron Siri, Esq. (*Pro Hac Vice forthcoming*)
Mason Barney, Esq. (*Pro Hac Vice forthcoming*)
SIRI & GLIMSTAD LLP
200 Park Avenue, 17th Floor
New York, NY 10166
Telephone: 212-532-1091
Email: aaron@sirillp.com
Email: mbarney@sirillp.com

COUNSEL FOR THE PLAINTIFF AND THE PUTATIVE CLASS

**Certificate of Service**

The undersigned hereby certifies that a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will provide notice and allow access to all counsel of record.

*/s/ Brandon M. Wise*