IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| BRITTANY FERGUSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> *Plaintiff*, <br><br> v. <br><br> L'OREAL U.S.A., INC., MAYBELLINE, LLC, and NYX LOS ANGELES, INC., <br><br> *Defendants*. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.: 21-CV-03175-SEM-TSH <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW, Plaintiff Brittany Ferguson by and through her attorney, and gives notice of her voluntary dismissal of this matter without prejudice. Such dismissal is proper under F.R.C.P.41(a)(1)(A)(i) because Defendant L'Oréal U.S.A., Inc. has not filed an answer or motion for summary judgment.

Respectfully submitted,

By: */s/ Brandon M. Wise*
Brandon M. Wise – IL Bar #6319580
Paul A. Lesko – IL Bar # 6288806
PEIFFER WOLF CARR KANE & WISE, LLP
818 Lafayette Ave., Floor 2
St. Louis, MO 63104
Ph: 314-833-4825
Email: bwise@peifferwolf.com
Email: plesko@peifferwolf.com

COUNSEL FOR THE PLAINTIFF

**Certificate of Service**

    The undersigned hereby certifies that a true and correct copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF e-filing system, which will allow access to all counsel of record.

<em>/s/ Brandon M. Wise</em>